James MIDDLETON, deceased employee, by Arlene MIDDLETON, Relator,

v.

NORTHWEST AIRLINES, et al., Respondents.

No. C0–00–1105.

Supreme Court of Minnesota.

Oct. 3, 2000.

John H. Guthmann, Wayne P. Dordell, Hansen, Dordell, Bradt, Odlaug & Bradt, P.L.L.P., St. Paul, for relator.

Michael D. Aafedt, Krista L. Twesme, Aafedt, Forde, Gray & Monson, P.A., Minneapolis, for respondents.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 31, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Joan E. Lancaster
Associate Justice